UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HODGES, on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPECIALTY HEALTH INCORPORATED and AMERICAN SPECIALTY HEALTH FITNESS, INC.,<br><br>Defendants. | Case No. 3:20-cv-01158-LAB-AHG<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br>**[Dkt. 17]**<br><br>Complaint Served:         July 23, 2020<br>Current response date:   August 13, 2020<br>New response date:       Sept. 17, 2020<br><br>Class Complaint Filed:   June 24, 2020 |

The parties have jointly moved to extend the time for Defendants American Specialty Health Incorporated and American Specialty Health Fitness, Inc. ("Defendants") to respond to the Complaint to September 17, 2020. In support of the motion, the parties state that Defendants need more than the usual time to respond because their employees are working remotely during the ongoing pandemic. This situation slows Defendants' investigation of the claims against them in this putative nationwide class action. The parties have established good cause for an extension, generally, but the circumstances only barely justify turning a 21-day deadline into a 56-day deadline.

The Court **GRANTS** the joint motion. Defendants must respond to the Complaint no later than September 17, 2020.

Dated: August 12, 2020

*Larry A. Burns*
Hon. Larry A. Burns
Chief United States District Judge