UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HODGES, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPECIALTY HEALTH INCORPORATED; and AMERICAN SPECIALTY HEALTH FITNESS, INC.,<br><br>Defendants. | Case No.: 20-CV-1158 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 58) |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice (ECF No. 58). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the claims of Plaintiff. Each Party shall bear his or its own costs and attorneys' fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: May 17, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge